STATE v. HOBSON

No. 611P84.

Case below: 70 N.C. App. 619.

Petition by Attorney General for writ of supersedeas and temporary stay denied 6 November 1984.

STATE v. HOWELL & STANLEY

No. 574P84.

Case below: 67 N.C. App. 197.

Petition by defendant (Stanley) for writ of certiorari to North Carolina Court of Appeals denied 6 November 1984.

STATE v. POINDEXTER

No. 525P84.

Case below: 69 N.C. App. 691.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 November 1984.

STATE v. STAFFORD

No. 481P84.

Case below: 69 N.C. App. 769.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.

STATE v. TRIPLETT

No. 543P84.

Case below: 70 N.C. App. 341.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 November 1984.